# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 481 |
| | : | |
| ORDER ADOPTING NEW RULE 791 | : | CRIMINAL PROCEDURAL RULES |
| AND AMENDING RULES 490 AND 790 | : | |
| OF THE PENNSYLVANIA RULES OF | : | DOCKET |
| CRIMINAL PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of November, 2016, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 45 *Pa.B.* 5913 (October 3, 2015) and 46 *Pa.B.* 3637 (July 9, 2016)**,** and a *Final Report* to be published with this **ORDER:**

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that new Pennsylvania Rule of Criminal Procedure 791 and the amendments to Pennsylvania Rules of Criminal Procedure 490 and 790 are adopted, in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective November 14, 2016.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.